AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ANTAWON JOHNSON | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 22-CV-7385 |
| THE CITY OF POUGHKEEPSIE, ET AL | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SEE ATTACHED

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
RYANNE KONAN, ESQ
RYANNE KONAN LAW OFFICE & LEGAL SERVICES
4 MARSHALL RD, SUITE 248
WAPPINGERS FALLS, NY 12590
(845)309-3432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/6/2022                                            /s/ J. Gonzalez
                                                         *Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

ANTAWON JOHNSON,

                              Plaintiff,

-against-

THE CITY OF POUGHKEEPSIE,
TROOPER CHRISTOPHER BATTISTA, TROOPER MARCUS RIVERA,
TROOPER NICHOLAS MOLYNEAUX,
Individually and as employees of the STATE OF NEW YORK,
POLICE OFFICER ROBERT HABERSKI, POLICE OFFICER
DAVID VANDEMARK, POLICE OFFICER JOSEPH WHALEN
Individually,
And as employees of the City of Poughkeepsie Police Department,
LORRAINE LEVITAS,
Individually, and as an employee of the Dutchess County Jail.

                              Defendants.

**CIVIL ACTION No. :
22-cv-7385**

**SUMMONS**

## SUMMONS IN A CIVIL ACTION

To:

CITY OF POUGHKEEPSIE
62 Civic Center Plaza
Poughkeepsie, NY 12601

TROOPERS CHRISTOPHER BATTISTA, MARCUS RIVERA, NICOLAS MOLYNEAUX
18 Middlebush Rd
Poughkeepsie, NY 12590

POLICE OFFICERS ROBERT HABERSKI, DAVID VANDEMARK, JOSEPH WHALEN
62 Civil Center Plaza
Poughkeepsie, NY 12601

LORRAINE LEVITAS
150 North Hamilton Street
Poughkeepsie, NY 12601