AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-CV-7385

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NICOLAS MOLYNEAUX

was received by me on *(date)* 09/08/2022 .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☑ I left the summons at the individual's ~~residence or usual place of abode~~ Place of Business with *(name)* SARGEANT NYSP TROOP K (6'5", BRN HAIR AT WINDOW) , a person of suitable age and discretion who resides there,
on *(date)* 9/08/2022 , and mailed a copy to the individual's last known address; or Place of Business on 9/13/22

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 75.00 for services, for a total of $ 75.00 .

I declare under penalty of perjury that this information is true.

Date: 9/16/2022

*Server's signature*

NIKO KONAN Paralegal
*Printed name and title*

4 Marshall Road, Suite 107
Wappingers Falls, NY 12590

*Server's address*

Additional information regarding attempted service, etc:



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Nicoles Molyneaux
4011 SN 134th St
Desert NY 13578

7020 1290 0000 0605 5814