AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-CV-7385

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  MARCUS RIVERA
was received by me on *(date)*   09/08/2022   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☑ I left the summons at the individual's ~~residence or usual place of abode~~ Place of Business with *(name)*  SARGEANT NYSP TROOP K (6'5", BRN HAIR AT WINDOW)  , a person of suitable age and discretion who resides there,
on *(date)*   9/08/2022  , and mailed a copy to the individual's last known address; or Place of Business on 9/13/22

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $  75.00  for services, for a total of $  75.00  .

I declare under penalty of perjury that this information is true.

Date:   9/16/2022

*Server's signature*

NIKO KONAN Paralegal
*Printed name and title*

4 Marshall Road, Suite 107
Wappingers Falls, NY 12590

*Server's address*

Additional information regarding attempted service, etc:

# U.S. Postal Service™ CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy) $ _____
☐ Return Receipt (electronic) $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To: Marcus Rivero
Street and Apt. No., or PO Box No.: 2541 45-44
City, State, ZIP+4®: Saltpoint, NY 12578

PS Form 3800, April 2015 PSN 7530-02-000-9047 — See Reverse for Instructions

7020 1290 0000 0605 5821