UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ANTAWON JOHNSON,

                       Plaintiff,

-against-

THE CITY OF POUGHKEEPSIE,
TROOPER CHRISTOPHER BATTISTA,
TROOPER MARCUS RIVERA, TROOPER
NICHOLAS MOLYNEAUX, and TROOPER
JOHN DOE, Individually, and as employees
of the STATE OF NEW YORK, POLICE
OFFICER ROBERT HABERSKI, POLICE
OFFICER DAVID VANDEMARK, POLICE
OFFICER JOSEPH WHALEN, Individually,
and as employees of the City of Poughkeepsie
Police Department, LORRAINE LEVITAS,
Individually, and as an employee of the
Dutchess County Jail,

                       Defendants.
-------------------------------------------------------X

22-cv-7385-CS

**STIPULATION TO WITHDRAW MOTIONS AND PARTIAL DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties as follows: that defendants and New York State Police Officers Christopher Batista, Marcus Rivera, and Nicholas Molyneaux ("Trooper Defendants"), by their attorney, LETITIA JAMES, Attorney General of the State of New York, hereby withdraw the Trooper Defendants' motion to dismiss served on or around January 19, 2023. Plaintiff hereby withdraws the cross-motion for sanctions against Trooper Defendants served on or around February 28, 2023. Plaintiff further agrees to discontinue this action with prejudice against Trooper Nicholas Molyneaux, Trooper Batista, and Trooper John Doe. Trooper Rivera's time to respond to the Amended Complaint (ECF Doc. No. 30) is extended to April 24, 2023.

This stipulation may be executed in counterparts, and a fully executed facsimile or PDF copy of this stipulation is hereby deemed an original for all purposes.

Dated: New York, New York
       March 7, 2023

Ryanne Konan Law Office
4 Marshall Rd
Suite 248
Wappingers Fall, NY 12590
888-536-1434
Email: ryannek1@gmail.com

By: _____
Ryanne Konan, Esq.

LETITIA JAMES
Attorney General for the State of New York
*Attorney for Defendant(s)*
28 Liberty Street
New York, NY 10005
(212) 416-6359

By: _____
Andrew Blancato, Esq.
Assistant Attorney General

SO ORDERED.

_____
CATHY SEIBEL, U.S.D.J.

3/8/2023